# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 18-14412 |
| Raul Desamito<br>Leonila Desamito | Chapter 13 |
| Debtors. | Hon. Judge LaShonda A. Hunt |

## WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust ('Creditor'), by and through their undersigned counsel, hereby withdraws their Notice of Mortgage Payment Change filed by the Creditor on 5/3/2021.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Withdrawal upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on May 7, 2021, before the hour of 5:00 p.m.

    Jay M Reese, Debtors' Counsel
    lawofficeofjmreese@sbcglobal.net

    Glenn B Stearns, Chapter 13 Trustee
    stearns_g@lisle13.com

    Patrick S Layng, U.S. Trustee
    ustpregion11.es.ecf@usdoj.gov

    Raul Desamito, Debtor
    366 Deering Lane
    Bolingbrook, IL 60440

    Leonila Desamito, Debtor
    366 Deering Lane
    Bolingbrook, IL 60440

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Attorney for Creditor